# In the United States Court of Federal Claims

Class, Rodney -Dale

139A Kammer Dr. Waynesville NC.
**Plaintiff(s),** 28785

v.

**THE UNITED STATES,**
United States Attorney office.
**Defendant.**

Case No. 20-205 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

The Jurisdiction Comes Under 28 USC. 1495 Damages for Unjust Conviction and Imprisonment claim against the United States.

RECEIVED - USCFC
FEB 25 2020

2. **PARTIES**

Plaintiff, Class, Rodney · Dale, resides at 139 A Kammerer Dr.
(Street Address)

Waynesville   North Carolina 28785, (704) 740 5938
(City, State, ZIP Code)                              (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes  ⊗ No

If yes, please list the case(s) below, including case number(s):

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The United States is and Entity That Requires The United State Attorney Office Employees To speak on behalf of The United State.
Such Employees did Breach there Contract To support and up hold The Constitutions, Bill of Rights Under The 2nd Amendment and equal Protection Statutes
The United States Attorney Office is under Taxpayer Wages To Perform: This has become and Abuse of Power and misuse of Taxpayer Funds:
To deprive a Law biding Citizen of his Rights -

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

The Court has Two option First enforce The 14th amendment section 4 Bounty so This Petitioner Can Collect For The Public debt. and Pay By The Dept. of Treasury 2/3 of all collection or Trezevant Vs. City of Tampa 1.6 million a day For Unlawful detainment. Bounty Prefered:

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __22nd__ day of __February__, __2020__.
      (day)             (month)         (year)

_class, Rodney Dale_
Signature of Plaintiff(s)


