class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

20-205 C

United States Court of Federal Claims
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439

Lisa Reyes, Clerk of Court

class, Rodney Dale
139 A Kammerer Drive
Waynesville, North Carolina [28785]
      Petitioner

Vs

         CLAIM OF ACTION
   WILLFUL BREACH OF CONSTITUTION,
    WILLFUL BREACH OF BILL OF RIGHT
  ABUSE OF A GOVERNMENT OFFICE UNDER
A SWORN OATH TO SUPPORT THE CONSTITUTION

United States Attorney Office
501 3rd St NW, Washington, DC
Agents Acting on Behalf Of the
United States of America"aka" United States
And John Does
      Defendant

Jurisdiction
§ 1495. Damages for unjust conviction and imprisonment; claim against United States

The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim for damages by any person unjustly convicted of an offense against the United States and imprisoned

From the Office of We the People By Congressional Enactment Act of 1866, 14 Stat. 27-30, enacted April 9, 1866 "An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication"

1

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

## Parties

Petitioner; class, Rodney -Dale a non corporate entity but a real injured party

Defendant; UNITED STATES OF AMERICA "aka" United States United States Attorney Office as Acting Agent on behalf of the Defendant as their spoke person as the UNITED STATES OF AMERICA "aka" United States is and entity that cannot appear without this Public Office as there spoke person.

## Introduction

Being a victim, I, class, Rodney, Dale (Petitioner) bring this claim against the United States Attorney Office employees being and Agent for the Defendant UNITED STATES OF AMERICA "aka" United States did knowingly and did willfully disregarded theirs duty to protect this Petitioner right under the rules of Ethics, Professional Ethics, Constitution, Bill of Rights, Federal Military Laws, State Military Law and under their sworn Oath to faithfully support the Constitution under a contract for wages by taxpayers. While Acting on behalf of the UNITED STATES OF AMERICA "aka" United States

These Agents "United States Attorney Office" in Federal Court action acting on behalf of the UNITED STATES OF AMERICA "aka" United States under UNITED STATES OF AMERICA vs Class CASE 1:13-cr-00253-RWR-1, No. 15-3015 being under a Sworn Oath to the Constitution, to the Bill of Rights, and under Federal

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

Statutes, supreme Court, Appeal Court decision was required to protect the rights of this Petitioner and not bring false, misleading, claims, or statements which violates the trust of the America people and violate the 2nd amendment on the mere ownership of a right given by this 2nd amendment.

The Petitioner will point out that all items was under lock and key and not on the Petitioner as the Petitioner did walk through two metal detectors and had two personal hands on searches.

I will point out that the United States Attorney Office and other members was Partisan and there was no adversary in the courtroom but this Petitioner against all odds of winning his case.

As pre the Congressional Impeachment Hearing statement, when any Public Office under an Oath to the Constitution willfully, knowingly abuse their office with intent to harm the people of this nation, their immunity are lifted as they are no longer above the Law, but can be charged for abuse of power and misuse of that public position. FRCP RULE 12 (B) (6) cannot be claimed when that public office uses taxpayer money when they violated that Public Office.

## Foundation for the Claim

This action before the United States Court of Federal Claims is abuse of such Public Office by the United States Attorney Office employees those who act on behalf of the UNITED STATES OF AMERICA "aka" United States who received taxpayer funds under such a sworn Oath to faithfully to support the Constitution, Bill of

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

Rights, code of ethics, profession ethics, rule of law and sworn to protect the people rights.

United States Attorney acts as an Agent on behalf of the Plaintiff; UNITED STATES OF AMERICA "aka" United States and is not the actually Plaintiff in these Court, but are a Agent who speaks on behalf of.

So the claim and actions is not the misconduct of the Defendant; UNITED STATES OF AMERICA "aka" United States but those Agents who acts on behalf of the UNITED STATES OF AMERICA "aka" United States the United States Attorney Office acting as the Agent the speakers for the Defendant in this case.

These Agents are under a sworn Oath of Office to protect the rights of the people and this Petitioner.

These same Agents are bound by a Code of Federal Ethics, Professional ethics, statutes, Court decisions, and to faithfully support the Constitution under a paid agreement/contract to support. See 5 USC 3331,3332,3333, 5507& 28 USC 544

To breach this is abuse of power and misuse of a public office and is an unlawful means of a striking (5 USC 7311 and 18 USC 1918 violate) under a sworn Oath and condition to pay. and

A) The Agents of United States Attorney Office employees did violate the Constitution under high crimes and Misdemeanors and Treason,

B) With reckless disregard to the Bill of Right 2nd amendment,

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

C) With reckless disregard to Article 4 sections 1 & 2,

D) With reckless disregard to the 14th amendments section 1

E) With reckless disregard to 42 USC 1981

F) With reckless disregard to the Militia laws for the District of Columbia. § 49–401. Militia; persons to be enrolled,

G) With reckless disregard of State right to carry with or without a carry conceal permit under the 2nd amendment,

H) Willful violation under Civil Rights under Color of Law violation,

I) Willful abuse and misuse of taxpayer money to bring any action that's in conflict with supreme Court decision on a 2nd amendment protect rights violation,

J) Did willfully place false misleading and misrepresentation of information before a **"Grand Jury"** with intent to perjury a sworn Oath to faithfully support the Constitution with intend to violate the 2nd amendment right,

K) Such action before the Grand Jury did violate the Constitution of a Partisan conviction in order to defraud the taxpayers and this Petitioner,

L) Agents of United States Attorney Office have committed <u>malfeasant;</u> the performance by a public official of an act that is legally unjustified, harmful, or contrary to law; wrongdoing (used especially of an act in violation of a public trust).

i) Misfeasance; a wrong, actual or alleged, arising from or consisting of affirmative action the wrongful performance of a normally lawful act; the wrongful and injurious exercise of lawful authority.

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

**ii)**, Nonfeasance; failure to perform an act that is required by law.

L) United States Attorney Office has waged War on protected right not the Defendant; UNITED STATES OF AMERICA aka United States as the Defendant is an Entity not a live being but has to have a speaker on its behalf United States Attorney Office employees.

The point and issue before this Federal Court of Claims is this The Defendant UNITED STATES OF AMERICA "aka" United States United States is only an Entity that cannot speak or show up in any Court room but requires a spokes person who is under strict rules of conduct, oath to the constitution under condition to wages and under statute to not to advocates the overthrow of the United States Government. And under title 10 Military codes

Title 10 - ARMED FORCES
Subtitle A - General Military Law
PART I - ORGANIZATION AND GENERAL MILITARY POWERS
CHAPTER 15 - INSURRECTION
Sec. 333 - Interference with State and Federal law section 333

The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it--

**(1)** so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

**(2)** opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.

In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution.

## Conclusion

This Petitioners, class, Rodney-Dale has been deny his right that was protected under the Bill of Right by the 2nd amendment, Article 4 section 1 and 2, 14th amendment, 42 USC 1981 and the Military Laws and militia laws of not just the States but on the very grounds of the District of Columbia by Agents under a sworn Oath to faithfully to support the Constitution who hold employment for the United States "aka" UNITED STATES OF AMERICA as speakers in the Courts.

These same speakers are bound by an Oath to support faithfully the Constitution and any willful violation is abuse of power and public office and to endanger the public welfare.

Point that the Petitioner has not been attacked or assaulted is not the point. The point is I was targeted, profiled under tracking device for 18 months under watched by probation office jailed for over 30 days based on a protected right guaranteed.

### *REMEDY*

Whereas the United States Attorney and others is/are under a sworn oath and have taken wages and have willfully knowing violate such sworn oath (aka

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

committed perjury) the removal from office and a bounty under the 14th amendment section 4 should be allowed to be collected and to pay off the public debt, where 2/3 pays back the Department of Treasury and a 1/3 bounty comes to the Petitioner.

Whereas taxpayers funds has been abused to bring false, misleading action in violation of a 2 amendment protected right violation as well as Article 4 section 1 and 2, federal statute 42 USC 1981 and other federal and State laws and Smith Act.

OR

The Court can award this Petitioner damages as defines below in Trezevant v. City of Tampa, as guidelines has been set. The Court can consider From 30 days jailed time up to 7 years of trying to over turning this wrongful conviction or any one of the other issue pointed out.

741 F.2d 336, Trezevant v. City of Tampa 25,000 for 20 minutes 75,000 and hour, 1.6 million a day

Above is case law for damages

Trezevant v. City of Tampa 1.6 million a day unlawful detainment
1. Jail time 30 days
2. Ankle bracelet 18 months 547 days
3. One year of probation 365 days
4. 7 years of defending my protected right 365 times 7years, 2,555 days

Pick one or just give me the fourth for remedy 2,555 days.

My first choice is the 14th amendment bounty to pay back public debt.

From the Office of We the People By Congressional Enactment Act of 1866, 14 Stat. 27-30, enacted April 9, 1866 "An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication"

8

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

*Class, Rodney –Dale*




## CERTIFICATE OF SERVICE

I certificate that in this year of our Lord AD 2020 and in the month of __Feb__ and on this day __22nd__ I filed this with the clerk of courts and that the defendants well be severed by U.S.P.S

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

*Class, Rodney –Dale*

Cc

United States Attorney Office
501 3rd St NW, Washington, DC
Defendant

Administration

Attorney General William Barr

From the Office of We the People By Congressional Enactment Act of 1866, 14 Stat. 27–30, enacted April 9, 1866 "An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication"                    9

class, Rodney –Dale
Private Attorney General
14th Amendment section 4
Federal Constitutional Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

White House
President Donald J Trump
1600 Pennsylvania Ave., NW
Washington, DC 20500.

General Mark A. Milley
Office of the Assistant Secretary of Defense Public Affairs
1400 Defense Pentagon Washington, DC

U.S. Office of Government Ethics
1201 New York Avenue NW
Suite 500
Washington, DC 20005

From the Office of We the People By Congressional Enactment Act of 1866, 14 Stat. 27– 10
30, enacted April 9, 1866 "An Act to protect all Persons in the United States in their Civil
Rights, and furnish the Means of their Vindication"