**CERTIFIED MAIL**

7019 1120 0000 9793 6418

class, Rodney-Dale
Private Attorney General
14th Amendment section 4
Constitutional Federal Bounty Hunter
139 A Kammerer Drive
Waynesville, North Carolina 28785

U.S. POSTAGE PAID
FCM LG ENV
LAKE JUNALUSKA, NC 28745
FEB 21 20
AMOUNT
$8.60
R2305K142840-14

RECEIVED
FEB 25 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

United States Court of Federal Claims
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC. 20439,
Lisa Reyes, Clerk of Court.